**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: WILLIAMS, BRIAN S. | § | Case No. 11-84716 |
| WILLIAMS, CAROL ANN | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
327 South Church Street, Room #1100
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 12/31/2014 in Courtroom 3100, United States Courthouse,
327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 12/10/2014 By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: WILLIAMS, BRIAN S. § Case No. 11-84716
WILLIAMS, CAROL ANN §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $ 201,160.00

*and approved disbursements of* $ 84,846.51

*leaving a balance on hand of* [1] $ 116,313.49

**Balance on hand:** $ 116,313.49

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 116,313.49

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 8,981.45 | 0.00 | 8,981.45 |
| Trustee, Expenses - JOSEPH D. OLSEN | 117.64 | 0.00 | 117.64 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,650.00 | 0.00 | 1,650.00 |

Total to be paid for chapter 7 administration expenses: $ 10,749.09
Remaining balance: $ 105,564.40

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00

Remaining balance: $ 105,564.40

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00

Remaining balance: $ 105,564.40

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 35,745.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (Citibank - Sears) | 1,445.88 | 0.00 | 1,445.88 |
| 2 | Atlas Acquisitions LLC (BANK OF AMERICA, N.A.) | 2,759.84 | 0.00 | 2,759.84 |
| 3 | Atlas Acquisitions LLC (US BANK) | 3,886.34 | 0.00 | 3,886.34 |
| 4 | Discover Bank | 2,357.49 | 0.00 | 2,357.49 |
| 5 | RBS Citizens | 7,188.60 | 0.00 | 7,188.60 |
| 6 | Portfolio Recovery Associates, LLC | 1,991.33 | 0.00 | 1,991.33 |
| 7 | Sallie Mae | 10,792.43 | 0.00 | 10,792.43 |
| 8 | Midland Funding LLC | 2,081.69 | 0.00 | 2,081.69 |
| 9 | Rockford Mercantile Agency Inc | 3,143.04 | 0.00 | 3,143.04 |
| 10 | Midland Funding LLC | 99.00 | 0.00 | 99.00 |

Total to be paid for timely general unsecured claims: $ 35,745.64
Remaining balance: $ 69,818.76

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 69,818.76

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 69,818.76

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $137.71. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $69,681.05.

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Brian S. Williams
Carol Ann Williams
Debtors

Case No. 11-84716-TML
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-3 User: kkrystave Page 1 of 2 Date Rcvd: Dec 10, 2014
Form ID: pdf006 Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2014.

db/jdb +Brian S. Williams, Carol Ann Williams, 8816 Wakefield Drive, Machesney Park, IL 61115-2300
17991900 +Alpine Bank, 1700 North Alpine Road, Rockford, IL 61107-1459
17991901 +American Express, Box 0001, P.O. Box 360001, Los Angeles, CA 90096-0001
18358416 +Atlas Acquisitions LLC (BANK OF AMERICA, N.A.), 294 Union St., Hackensack, NJ 07601-4303
18353520 +Atlas Acquisitions LLC (Citibank - Sears), 294 Union St., Hackensack, NJ 07601-4303
18358417 +Atlas Acquisitions LLC (US BANK), 294 Union St., Hackensack, NJ 07601-4303
17991903 Bank of America, 100 North Tyron Street, Charlotte, NC 28202
17991904 +Bank of America, PO Box 851001, Dallas, TX 75285-1001
17991905 +Blatt Hasenmiller, 125 South Wacker Drive, Suite 400, Chicago, IL 60606-4440
17991906 +Blitt and Gaines, 661 Glenn Avenue, Wheeling, IL 60090-6017
17991907 +Capital Financial Services, PO Box 17574, Baltimore, MD 21297-1574
17991908 +Chase Freedom, PO Box 15153, Wilmington, DE 19886-5153
17991909 +Citi, PO Box 6077, Sioux Falls, SD 57117-6077
17991910 +CitiBank, 399 Park Avenue, New York, NY 10022-4699
17991912 +Exxon Mobile, PO Box 6497, Sioux Falls, SD 57117-6497
17991915 +HSBC, PO Box 98706, Las Vegas, NV 89193-8706
17991916 +IHC Swedishamerican Phys, PO Box 3261, Milwaukee, WI 53201-3261
17991917 +Jeff Whitehead, 211 W Wacker Drive, Suite 750, Chicago, IL 60606-1353
17991919 +Menards, HSBC Business Solutions, PO Box 5219, Carol Stream, IL 60197-5219
17991920 +OSF St. Anthony Medical Center, PO Box 5065, Rockford, IL 61125-0065
18573574 ++PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067
(address filed with court: Portfolio Recovery Associates, LLC, c/o American, POB 41067, Norfolk VA 23541)
17991921 +RBS Card Services, PO Box 42010, Providence, RI 02940-2010
18462643 +RBS Citizens, 443 Jefferson Blvd, RJW 135, Warwick RI 02886-1321
18704506 +Rockford Mercantile Agency Inc, 2502 South Alpine Road, Rockford Illinois 61108-7813
17991922 +Rockford Radiology Assoc, PO Box 1790, Brookfield, WI 53008-1790
17991923 +Rosecrance INC, 3815 Harrison Avenue, Rockford, IL 61108-7631
17991924 +Sallie Mae, 12061 Bluemont Way, Reston, VA 20190-5684
17991925 +Sears Card, PO Box 183081, Columbus, OH 43218-3081
17991926 +Shindler Law Firm, 1990 East Algonquin Road, Suite 180, Schaumburg, IL 60173-4164
17991927 +Swedish American Hospital, PO Box 310283, Des Moines, IA 50331-0283
17991928 +Teamster Privilege Credit Card, PO Box 17051, Baltimore, MD 21297-1051
17991930 ++US BANK, PO BOX 5229, CINCINNATI OH 45201-5229
(address filed with court: US Bank, PO Box 790084, Saint Louis, MO 63179)
17991931 +WFNNB, PO Box 659705, San Antonio, TX 78265-9705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

18161470 +E-mail/Text: bnc@atlasacq.com Dec 11 2014 01:27:16 Atlas Acquisitions LLC, Attn Avi Schild, 294 Union St., Hackensack, NJ 07601-4303
18588832 E-mail/PDF: rmscedi@recoverycorp.com Dec 11 2014 01:33:35 Capital Recovery IV LLC, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue Suite 1120, Miami FL 33131-1605
17991911 E-mail/PDF: mrdiscen@discoverfinancial.com Dec 11 2014 01:33:54 Discover Card, 12 Reads Way, New Castle, DE 19720-1649
18358427 E-mail/PDF: mrdiscen@discoverfinancial.com Dec 11 2014 01:33:54 Discover Bank, DB Servicing Corporation, PO Box 3025, New Albany, OH 43054-3025
18747298 E-mail/PDF: gecsedi@recoverycorp.com Dec 11 2014 01:32:04 GE Capital Retail Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605
17991914 +E-mail/PDF: gecsedi@recoverycorp.com Dec 11 2014 01:32:04 Ge Money Bank, Attn: Bankruptcy, PO Box 103106, Roswell, GA 30076-9106
17991918 +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 11 2014 01:27:24 Kohl’s, P.O. Box 2983, Milwaukee, WI 53201-2983
19927524 E-mail/PDF: rmscedi@recoverycorp.com Dec 11 2014 01:33:35 Midland Funding LLC, By its authorized agent Recoser, LLC, 25 SE 2nd Ave, Suite 1120, Miami, FL 33131-1605
19927525 E-mail/PDF: rmscedi@recoverycorp.com Dec 11 2014 01:34:53 Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605
18582757 +E-mail/PDF: pa_dc_claims@navient.com Dec 11 2014 01:33:31 Sallie Mae, c/o Sallie Mae Inc., 220 Lasley Ave., Wilkes-Barre, PA 18706-1496

TOTAL: 10

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

17991932* +Brian S. Williams, 8816 Wakefield Drive, Machesney Park, IL 61115-2300
17991933* +Carol Ann Williams, 8816 Wakefield Drive, Machesney Park, IL 61115-2300
17991902 ##+Baker Miller, 29 North Wacker Drive #500, Chicago, IL 60606-3227
17991913 ##+Freedman Anselmo and Lindberg, 1807 West Diehl Road, Suite 333, Naperville, IL 60563-1890
17991929 ##+Trademark Restoration, 2846 Agriculture Drive, Madison, WI 53718-6790

TOTALS: 0, * 2, ## 3

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

District/off: 0752-3 User: kkrystave Page 2 of 2 Date Rcvd: Dec 10, 2014
Form ID: pdf006 Total Noticed: 43

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2014 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2014 at the address(es) listed below:

Craig A Willette on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
Jeff A Whitehead on behalf of Joint Debtor Carol Ann Williams jeffwhitehead_2000@yahoo.com, jeffwhiteheadlawnotices@gmail.com
Jeff A Whitehead on behalf of Debtor Brian S. Williams jeffwhitehead_2000@yahoo.com, jeffwhiteheadlawnotices@gmail.com
Joseph D Olsen Jolsenlaw@comcast.net, IL46@ECFCBIS.com
Joseph D Olsen on behalf of Trustee Joseph D Olsen jolsenlaw@aol.com, IL46@ECFCBIS.com
Patrick S Layng USTPRegion11.MD.ECF@usdoj.gov

TOTAL: 6