# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re:  WILLIAMS, BRIAN S.                                 §   Case No. 11-84716
       WILLIAMS, CAROL ANN                             §
                                                       §
Debtor(s)                                                   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $111,650.00                      Assets Exempt: $37,400.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $35,883.35        Claims Discharged
                                                                                      Without Payment: $87,160.45

Total Expenses of Administration: $78,745.60

---

    3)  Total gross receipts of $ 201,160.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 86,531.05 (see **Exhibit 2**), yielded net receipts of $114,628.95 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $129,913.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 78,745.60 | 78,745.60 | 78,745.60 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 98,087.45 | 35,957.82 | 35,883.35 | 35,883.35 |
| **TOTAL DISBURSEMENTS** | $228,000.45 | $114,703.42 | $114,628.95 | $114,628.95 |

    4) This case was originally filed under Chapter 7 on October 31, 2011. The case was pending for 40 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/18/2015          By: /s/JOSEPH D. OLSEN
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Medical Malpractice Claim. Debtor has sued Depuy | 1129-000 | 201,160.00 |
| **TOTAL GROSS RECEIPTS** | | **$201,160.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Brian and Carol Williams | Per Court order of 10/15/14 | 8100-002 | 16,850.00 |
| BRIAN S. WILLIAMS and CAROL ANN WILLIAMS | Dividend paid 100.00% on $69,681.05; Claim# SURPLUS; Filed: $69,681.05; Reference: | 8200-002 | 69,681.05 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$86,531.05** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Alpine Bank | 4110-000 | 12,869.00 | N/A | N/A | 0.00 |
| NOTFILED | Alpine Bank | 4110-000 | 117,044.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$129,913.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 8,981.45 | 8,981.45 | 8,981.45 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 117.64 | 117.64 | 117.64 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,650.00 | 1,650.00 | 1,650.00 |
| Stephen J. Healy | 3210-600 | N/A | 67,996.51 | 67,996.51 | 67,996.51 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $78,745.60 | $78,745.60 | $78,745.60 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (Citibank - Sears) | 7100-000 | 1,328.00 | 1,445.88 | 1,445.88 | 1,445.88 |
| 1I | Atlas Acquisitions LLC (Citibank - Sears) | 7990-000 | N/A | 5.57 | 5.57 | 5.57 |
| 2 | Atlas Acquisitions LLC (BANK OF AMERICA, N.A.) | 7100-000 | unknown | 2,759.84 | 2,759.84 | 2,759.84 |
| 2I | Atlas Acquisitions LLC (BANK OF AMERICA, N.A.) | 7990-000 | N/A | 10.63 | 10.63 | 10.63 |
| 3 | Atlas Acquisitions LLC (US BANK) | 7100-000 | N/A | 3,960.81 | 3,886.34 | 3,886.34 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3I | Atlas Acquisitions LLC (US BANK) | 7990-000 | N/A | 14.97 | 14.97 | 14.97 |
| 4 | Discover Bank | 7100-000 | 2,150.00 | 2,357.49 | 2,357.49 | 2,357.49 |
| 4I | Discover Bank | 7990-000 | N/A | 9.08 | 9.08 | 9.08 |
| 5 | RBS Citizens | 7100-000 | N/A | 7,188.60 | 7,188.60 | 7,188.60 |
| 5I | RBS Citizens | 7990-000 | N/A | 27.70 | 27.70 | 27.70 |
| 6 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 1,991.33 | 1,991.33 | 1,991.33 |
| 6I | Portfolio Recovery Associates, LLC | 7990-000 | N/A | 7.67 | 7.67 | 7.67 |
| 7 | Sallie Mae | 7100-000 | 7,449.00 | 10,792.43 | 10,792.43 | 10,792.43 |
| 7I | Sallie Mae | 7990-000 | N/A | 41.58 | 41.58 | 41.58 |
| 8 | Midland Funding LLC | 7100-000 | N/A | 2,081.69 | 2,081.69 | 2,081.69 |
| 8I | Midland Funding LLC | 7990-000 | N/A | 8.02 | 8.02 | 8.02 |
| 9 | Rockford Mercantile Agency Inc | 7100-000 | N/A | 3,143.04 | 3,143.04 | 3,143.04 |
| 9I | Rockford Mercantile Agency Inc | 7990-000 | N/A | 12.11 | 12.11 | 12.11 |
| 10 | Midland Funding LLC | 7100-000 | unknown | 99.00 | 99.00 | 99.00 |
| 10I | Midland Funding LLC | 7990-000 | N/A | 0.38 | 0.38 | 0.38 |
| NOTFILED | Ge Money Bank | 7100-000 | 3,674.00 | N/A | N/A | 0.00 |
| NOTFILED | Exxon Mobile | 7100-000 | 1,289.00 | N/A | N/A | 0.00 |
| NOTFILED | Ge Money Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | CitiBank | 7100-000 | 7,085.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC | 7100-000 | 1,798.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | 438.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital Financial Services | 7100-000 | 2,853.36 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 39,345.16 | N/A | N/A | 0.00 |
| NOTFILED | Chase Freedom | 7100-000 | 1,232.00 | N/A | N/A | 0.00 |
| NOTFILED | IHC Swedishamerican Phys | 7100-000 | 42.50 | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | 7,018.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohl's | 7100-000 | 536.00 | N/A | N/A | 0.00 |
| NOTFILED | Teamster Privilege Credit Card | 7100-000 | 1,820.18 | N/A | N/A | 0.00 |
| NOTFILED | Swedish American Hospital | 7100-000 | 268.32 | N/A | N/A | 0.00 |
| NOTFILED | Trademark Restoration | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Rosecrance INC | 7100-000 | 1,367.59 | N/A | N/A | 0.00 |
| NOTFILED | US Bank | 7100-000 | 7,085.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Radiology Assoc | 7100-000 | 52.00 | N/A | N/A | 0.00 |
| NOTFILED | OSF St. Anthony Medical Center | 7100-000 | 342.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Menards HSBC Business Solutions | 7100-000 | 264.00 | N/A | N/A | 0.00 |
| NOTFILED | RBS Card Services | 7100-000 | 6,618.34 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | RBS Card Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 2,358.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 1,674.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$98,087.45** | **$35,957.82** | **$35,883.35** | **$35,883.35** |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-84716  
**Case Name:** WILLIAMS, BRIAN S.  
WILLIAMS, CAROL ANN  
**Period Ending:** 02/18/15

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 10/31/11 (f)  
**§341(a) Meeting Date:** 12/19/11  
**Claims Bar Date:** 04/10/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence at 8816 Wakefield Drive. Mortgage bala | 106,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash Location: In debtor's possession | 50.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account Location: Alpine Bank | 250.00 | 0.00 | | 0.00 | FA |
| 4 | Big Dutch Fleet Location: Big Dutch Fleet Credit | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Basic Household Goods Location: In debtor's poss | 750.00 | 0.00 | | 0.00 | FA |
| 6 | Basic Wearing Apparel Location: In debtor's poss | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | Anticipated Tax Refund Location: In debtor's pos | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | Medical Malpractice Claim. Debtor has sued Depuy | Unknown | 50,000.00 | | 201,160.00 | FA |
| 9 | 1983 El Camino. Not in running condition Locatio | 500.00 | 0.00 | | 0.00 | FA |
| 10 | 2000 Chevrolet Astro Van. Fair condition. 150,00 | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | 2000 Toyota Corolla. Fair condition. 150,000 mil | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | **Assets Totals** (Excluding unknown values) | **$111,650.00** | **$50,000.00** | | **$201,160.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2012  **Current Projected Date Of Final Report (TFR):** December 10, 2014 (Actual)

Printed: 02/18/2015 07:15 AM    V.13.21

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-84716 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | WILLIAMS, BRIAN S. | | Bank Name: | Rabobank, N.A. |
| | WILLIAMS, CAROL ANN | | Account: | ******0266 - Checking Account |
| Taxpayer ID #: | **-***5673 | | Blanket Bond: | $820,095.60  (per case limit) |
| Period Ending: | 02/18/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/04/14 | {8} | U.S. ASR Hip Settlement | Medical Malpractice Claim | 1129-000 | 1,410.00 | | 1,410.00 |
| 11/04/14 | {8} | U.S. ASR Hip Settlement | Medical Malpractice Claim | 1129-000 | 199,750.00 | | 201,160.00 |
| 11/06/14 | 101 | Stephen J. Healy | Per 10/15/14 Court Order | 3210-600 | | 67,996.51 | 133,163.49 |
| 11/06/14 | 102 | Brian and Carol Williams | Per Court order of 10/15/14 | 8100-002 | | 16,850.00 | 116,313.49 |
| 01/05/15 | 103 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,650.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,650.00 | 114,663.49 |
| 01/05/15 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $117.64, Trustee Expenses;  Reference: | 2200-000 | | 117.64 | 114,545.85 |
| 01/05/15 | 105 | JOSEPH D. OLSEN | Dividend paid 100.00% on $8,981.45, Trustee Compensation;  Reference: | 2100-000 | | 8,981.45 | 105,564.40 |
| 01/05/15 | 106 | BRIAN S. WILLIAMS and CAROL ANN WILLIAMS | Dividend paid 100.00% on $69,681.05; Claim# SURPLUS; Filed: $69,681.05; Reference: | 8200-002 | | 69,681.05 | 35,883.35 |
| 01/05/15 | 107 | Atlas Acquisitions LLC (BANK OF AMERICA, N.A.) | Combined Check for Claims#2,2I | | | 2,770.47 | 33,112.88 |
| | | | Dividend paid 100.00%     2,759.84 on $2,759.84;  Claim# 2; Filed: $2,759.84 | 7100-000 | | | 33,112.88 |
| | | | Dividend paid 100.00%     10.63 on $10.63;  Claim# 2I; Filed: $10.63 | 7990-000 | | | 33,112.88 |
| 01/05/15 | 108 | Atlas Acquisitions LLC (Citibank - Sears) | Combined Check for Claims#1,1I | | | 1,451.45 | 31,661.43 |
| | | | Dividend paid 100.00%     1,445.88 on $1,445.88;  Claim# 1; Filed: $1,445.88 | 7100-000 | | | 31,661.43 |
| | | | Dividend paid 100.00%     5.57 on $5.57;  Claim# 1I; Filed: $5.57 | 7990-000 | | | 31,661.43 |
| 01/05/15 | 109 | Atlas Acquisitions LLC (US BANK) | Combined Check for Claims#3,3I | | | 3,901.31 | 27,760.12 |
| | | | Dividend paid 100.00%     3,886.34 on $3,886.34;  Claim# 3; Filed: $3,960.81 | 7100-000 | | | 27,760.12 |
| | | | Dividend paid 100.00%     14.97 on $14.97;  Claim# 3I; Filed: $14.97 | 7990-000 | | | 27,760.12 |
| 01/05/15 | 110 | Discover Bank | Combined Check for Claims#4,4I | | | 2,366.57 | 25,393.55 |
| | | | Dividend paid 100.00%     2,357.49 on $2,357.49;  Claim# 4; Filed: $2,357.49 | 7100-000 | | | 25,393.55 |

Subtotals :          $201,160.00       $175,766.45

{} Asset reference(s)                                                                 Printed: 02/18/2015 07:15 AM    V.13.21

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 11-84716 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | WILLIAMS, BRIAN S. | | Bank Name: | Rabobank, N.A. |
| | WILLIAMS, CAROL ANN | | Account: | ******0266 - Checking Account |
| Taxpayer ID #: | **-***5673 | | Blanket Bond: | $820,095.60  (per case limit) |
| Period Ending: | 02/18/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Dividend paid 100.00% on $9.08;  Claim# 4I; Filed: $9.08 | 9.08 | 7990-000 | | | 25,393.55 |
| 01/05/15 | 111 | Midland Funding LLC | Combined Check for Claims#8,10,8I,10I | | | | 2,189.09 | 23,204.46 |
| | | | Dividend paid 100.00% on $2,081.69;  Claim# 8; Filed: $2,081.69 | 2,081.69 | 7100-000 | | | 23,204.46 |
| | | | Dividend paid 100.00% on $99.00;  Claim# 10; Filed: $99.00 | 99.00 | 7100-000 | | | 23,204.46 |
| | | | Dividend paid 100.00% on $8.02;  Claim# 8I; Filed: $8.02 | 8.02 | 7990-000 | | | 23,204.46 |
| | | | Dividend paid 100.00% on $0.38;  Claim# 10I; Filed: $0.38 | 0.38 | 7990-000 | | | 23,204.46 |
| 01/05/15 | 112 | Portfolio Recovery Associates, LLC | Combined Check for Claims#6,6I | | | | 1,999.00 | 21,205.46 |
| | | | Dividend paid 100.00% on $1,991.33;  Claim# 6; Filed: $1,991.33 | 1,991.33 | 7100-000 | | | 21,205.46 |
| | | | Dividend paid 100.00% on $7.67;  Claim# 6I; Filed: $7.67 | 7.67 | 7990-000 | | | 21,205.46 |
| 01/05/15 | 113 | RBS Citizens | Combined Check for Claims#5,5I | | | | 7,216.30 | 13,989.16 |
| | | | Dividend paid 100.00% on $7,188.60;  Claim# 5; Filed: $7,188.60 | 7,188.60 | 7100-000 | | | 13,989.16 |
| | | | Dividend paid 100.00% on $27.70;  Claim# 5I; Filed: $27.70 | 27.70 | 7990-000 | | | 13,989.16 |
| 01/05/15 | 114 | Rockford Mercantile Agency Inc | Combined Check for Claims#9,9I | | | | 3,155.15 | 10,834.01 |
| | | | Dividend paid 100.00% on $3,143.04;  Claim# 9; Filed: $3,143.04 | 3,143.04 | 7100-000 | | | 10,834.01 |
| | | | Dividend paid 100.00% on $12.11;  Claim# 9I; Filed: $12.11 | 12.11 | 7990-000 | | | 10,834.01 |
| 01/05/15 | 115 | Sallie Mae | Combined Check for Claims#7,7I | | | | 10,834.01 | 0.00 |
| | | | Dividend paid 100.00% | 10,792.43 | 7100-000 | | | 0.00 |

Subtotals :    $0.00    $25,393.55

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 11-84716  
**Case Name:** WILLIAMS, BRIAN S.  
WILLIAMS, CAROL ANN  
**Taxpayer ID #:** **-***5673  
**Period Ending:** 02/18/15

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0266 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $10,792.43; Claim# 7; Filed: $10,792.43 | | | | |
| | | | Dividend paid 100.00% on $41.58; Claim# 7I; Filed: $41.58    41.58 | 7990-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 201,160.00 | 201,160.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 201,160.00 | 201,160.00 | |
| | | | Less: Payments to Debtors | | | 86,531.05 | |
| | | | **NET Receipts / Disbursements** | | $201,160.00 | $114,628.95 | |

```
Net Receipts :              201,160.00
Less Payments to Debtor :    86,531.05
                            _____
Net Estate :                $114,628.95
```

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******0266** | 201,160.00 | 114,628.95 | 0.00 |
| | $201,160.00 | $114,628.95 | $0.00 |

{} Asset reference(s)                                               Printed: 02/18/2015 07:15 AM    V.13.21